IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KHALIM SADYKOV,                          :
                                         :
            Petitioner,                  :        CIVIL ACTION
                                         :
      v.                                 :
                                         :
MICHAEL ROSE, et al.,                    :        NO. 26–86
                                         :
            Respondents.                 :

**RESPONSE, STIPULATION, AND ORDER**

Petitioner, a non-citizen detained by immigration authorities, filed a petition for a writ of habeas corpus on January 7, 2026 (ECF 1). Respondents filed their opposition on January 12, 2026 (ECF 5), and Petitioner filed his Reply on January 14, 2026 (ECF 7).

The parties acknowledge this Court's Order of January 14, 2026 Order (ECF 6) prohibiting Respondents from transferring Petitioner from the Eastern District of Pennsylvania. However, prior to the issuance of that Order, Petitioner was moved to the Moshannon Valley Processing Center in the Western District of Pennsylvania.

The parties stipulate that, pending the Court's ruling on the pending habeas petition, Petitioner will not be removed from the Commonwealth of Pennsylvania.

**SO STIPULATED:**

                                         DAVID METCALF
                                         United States Attorney

/s/ Christopher M. Casazza               /s/ Mark J. Sherer
CHRISTOPHER M. CASAZZA                   MARK J. SHERER
Palladino, Isbell & Casazza, LLC         Assistant United States Attorney
1528 Walnut St., Suite 1701              615 Chestnut St., Suite 1250
Philadelphia, PA 19102                   Philadelphia, PA 19106
(215) 576-9000                           (215) 861-8445
Chris@piclaw.com                         mark.sherer@usdoj.gov

Dated: January 14, 2026

**SO ORDERED:**                          BY THE COURT:

Dated: January 15, 2026                  /s/ John Milton Younge
                                         JOHN MILTON YOUNGE
                                         United States District Judge